IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                         CASE NO.: 4:06cr48-SPM

DAKOTA HARRIS, JR.,
JASON SHOATES,
CORPUS BUTLER,
ERIKA WILSON, et al.,

      Defendants.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, the motions filed by Defendants Harris, Shoates, Butler, and Wilson (docs. 148-52) are granted. Sentencing for these defendants is reset for 1:30 p.m. on April 23, 2007 at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 15th day of February, 2007.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge